GOTTFRIED *v.* STAHLMANN, and thirteen other cases.

*(Circuit Court, D. Minnesota. October 23, 1882.)*

PATENTS FOR INVENTIONS—VALIDITY.

The validity of letters patent No. 42580, for a new and improved mode of pitching barrels, sustained on the authority of *Gottfried* v. *Crescent Brewing Co. ante,* 479.

*Banning & Banning,* for complainants.

*J. B. & W. H. Sanborn* and *C. K. Davis,* for defendants.

Before McCRARY and NELSON, JJ.

PER CURIAM. At the conclusion of the argument on the final hearing in these cases, the court on consultation were convinced that the

patent should be sustained, but deferred announcing an opinion until a decision should be reached by Judge Gresham, of the Indiana circuit, who had under consideration the validity of the patent in the case of *Gottfried* v. *Brewing Co.*, in which and the cases before this court substantially the same testimony is presented. Judge Gresham, after a rehearing, sustained the patent. We concur with this decision, and think it unnecessary to give any reasons additional to those announced by him.

Decree will be entered in favor of the complainants, with costs, which are to be divided between all of said cases equally.

See *Gottfried* v. *Crescent Brewing Co. ante,* 479, withdrawing the ruling in same case, 9 FED. REP. 762.